UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13-cv-333-FDW

| TORREY F. WILCOX, | ) |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) |
| | ) **ORDER** |
| BETTY BROWN, et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on periodic review of the record.

Plaintiff's *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983 passed initial review against several employees of the Marion Correctional Institution on claims that his First Amendment rights were violated when he was deprived of a reasonable opportunity to practice his Rastafarian faith. See (Doc. Nos. 1, 23). The parties' Motions for Summary Judgment have been resolved and the case is ripe for trial. See (Doc. No. 43).

Plaintiff has now been released from NCDPS custody and remains unrepresented. See (Doc. No. 44). He has provided the Court with his current address and states that he intends to proceed with this case. (Doc. No. 48).

The Court has located volunteer counsel to represent Plaintiff at his trial. Volunteer counsel's contact information is:

Joseph Karam
Attorney
2 Regional Circle
Pinehurst, North Carolina 28374
Phone Number: (910) 255-2525

Mr. Karam's attempts to contact Plaintiff at his address of record have been fruitless.

1

Within 30 days of this Order, Plaintiff shall contact Mr. Karam and file a Notice of Compliance informing the Court that he has done so. Failure to comply with this Order will result in this case's dismissal without prejudice.

**IT IS, THEREFORE, ORDERED** that:

1. Plaintiff shall contact volunteer counsel, Joseph Karam, and file a Notice of Compliance with the Court within **30 days** of this Order.[1]

2. Failure to comply with this Order will result in this case's dismissal without prejudice.

3. The Clerk of Court is instructed to mail a copy of this Order to the parties and Attorney Joseph Karam at the address contained in this Order.

Signed: July 22, 2019

Graham C. Mullen
United States District Judge

---

[1] If Plaintiff agrees to have Mr. Karam represent him at trial, counsel's filing of a Notice of Appearance will satisfy this Order.